# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH<br>PLAINTIFF(S)<br>v.<br>HOUSTON HOSPITALITY LLC<br>DEFENDANT(S). | CASE NUMBER:<br>2:26−cv−06326<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____ ____ ____

Date Filed Doc. No. Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: June 22, 2026

By: /s/ *Carmen Reyes Lujan Carmen_Lujan@cacd.uscourts.gov*
Deputy Clerk